# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2024

NO. 03-23-00665-CR
NO. 03-23-00666-CR
NO. 03-23-00667-CR
NO. 03-23-00668-CR
NO. 03-23-00669-CR
NO. 03-23-00670-CR
NO. 03-23-00671-CR
NO. 03-23-00672-CR
NO. 03-23-00673-CR
NO. 03-23-00674-CR
NO. 03-23-00675-CR
NO. 03-23-00676-CR
NO. 03-23-00677-CR
NO. 03-23-00678-CR
NO. 03-23-00679-CR
NO. 03-23-00680-CR
NO. 03-23-00681-CR
NO. 03-23-00682-CR
NO. 03-23-00683-CR
NO. 03-23-00684-CR
NO. 03-23-00685-CR
NO. 03-23-00686-CR
NO. 03-23-00687-CR
NO. 03-23-00688-CR
NO. 03-23-00689-CR
NO. 03-23-00690-CR
NO. 03-23-00691-CR
NO. 03-23-00692-CR
NO. 03-23-00693-CR
NO. 03-23-00694-CR
NO. 03-23-00695-CR
NO. 03-23-00696-CR
NO. 03-23-00697-CR
NO. 03-23-00698-CR
NO. 03-23-00699-CR
NO. 03-23-00700-CR
NO. 03-23-00701-CR
NO. 03-23-00702-CR

NO.  03-23-00703-CR
NO.  03-23-00704-CR
NO.  03-23-00705-CR
NO.  03-23-00706-CR

Michael Kleinman, Appellant

v.

The State of Texas, Appellee

APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the order granting appellee's application for writ of procedendo entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order.  Therefore, the Court reverses the trial court's order and remands the case for further proceedings consistent with this Court's opinion.  Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.